No. 4,429.—STATE ex rel. E. T. WARD, Relatrix, *v.* DISTRICT COURT et al., Respondents.

Original application for writ of supervisory control to the District Court of Silver Bow County and John V. Dwyer, a Judge thereof.

Decided June 18, 1919.

PER CURIAM.—After due consideration of the application for writ of supervisory control herein, it is by the court denied.

*Mr. Leslie B. Sulgrove* and *Mr. W. N. Waugh,* for Relatrix.

------

No. 4,467.—STATE ex rel. DOMINICK MAEHLER et al., Relators, *v.* DISTRICT COURT et al., Respondents.

Original application for writ of supervisory control directed to the District Court of Fergus County and Jack Briscoe, a Judge thereof.

Decided September 2, 1919.

PER CURIAM.—Relators' application for a writ of supervisory control herein was, after due consideration by the court, denied.